UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.        Criminal No. 11-cr-40-01-JL

Troy Arnold

## O R D E R

The assented to motion to reschedule jury trial (document no. 15) filed by defendant is granted in part; the continuance is limited to 30 days. Further, the prosecution shall provide the referenced discovery as soon as possible to facilitate the trial of this case without further continuance. Final Pretrial is rescheduled to July 28, 2011 at 10:30 AM; Trial is continued to the two-week period beginning August 2, 2011, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  June  9, 2011

cc:    Thomas McCue, Esq.
        Terry Ollila, Esq.
        U.S. Marshal
        U.S. Probation