UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                        Criminal No. 11-cr-40-01-JL

Troy Arnold

O R D E R

    The assented to motion to reschedule jury trial (document no. 24 ) filed by defendant is granted; Final Pretrial is rescheduled to October 20, 2011 at 11:00; Trial is continued to the two-week period beginning November 1, 2011, 09:30.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: July 21, 2011

cc:  Theodore M. Lothstein, Esq.
    Terry L. Ollila, AUSA
    U.S. Marshal
    U.S. Probation