UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                     Criminal No. 11-cr-40-01-JL

<u>Troy Arnold</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 37) filed by defendant is granted; Final Pretrial is rescheduled to January 25, 2012 at 11:00 AM; Trial is continued to the two-week period beginning February 7, 2012, 9:30 AM.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                        ***/s/Joseph N. Laplante***
                                        Joseph N. Laplante
                                        United States District Judge

Date: October 19, 2011

cc: Theodore Lothstein, Esq.
    Terry Ollila, Esq.
    U.S. Marshal
    U.S. Probation