**UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**

United States of America

       v.                  Criminal No. 11-cr-40/01-JL

Troy Arnold

**ORDER FOR DETERMINATION OF MENTAL
COMPETENCY, AND DIMINISHED CAPACITY**

    Defendant, both by his counsel and by personal request and affirmation of counsel's request, has moved for a determination of mental competency pursuant to 18 U.S.C. § 4241. Based upon defense counsel's representations as to defendant's interactions with him, and the defendant's diagnosed mental illnesses or disorders, I find reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect that could affect his competency to stand trial.

    Pursuant to 18 U.S.C. § 4241, the court orders that the defendant, Troy Arnold, undergo a medical and psychological evaluation to determine his competency to stand trial, including (at the defendant's request) an assessment of whether, and the extent to which the defendant suffered from any mental illness or disorder that would impact or inform the application of United

States Sentencing Guideline § 5K2.13 (Diminished Capacity) or any other factor under 18 U.S.C. § 3553(a). Dr. Albert Drukteinis is appointed to conduct the evaluation. A report shall be filed with the court and copies shall be provided to the government and counsel for the defendant in accordance with the provisions of 18 U.S.C. § 4247(b) and (c).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: March 1, 2012

cc: Terry L. Ollila, AUSA
    Theodore M. Lothstein, Esq.
    U.S. Marshal
    U.S. Probation