UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                        Criminal No. 11-cr-40-01-JL

Troy Arnold

O R D E R

The assented to motion to reschedule jury trial (document no. 60) filed by defendant is granted; Final Pretrial is rescheduled to May 24, 2012 at 11:00 a.m.; Trial is continued to the two-week period beginning June 5, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  March 6, 2012

cc:   Theodore Lothstein, Esq.
      Terry Ollila, Esq.
      U.S. Marshal
      U.S. Probation