UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

v.                              Civil No. 11-cr-40/01-JL

<u>Troy Woodruff</u>


**O R D E R**


The defendant's motion for recommendation for place of
confinement (doc. no. 93) is DENIED.  While the court has no
objection to the defendant's placement at FMC-Devens pending
briefing and appellate argument, it declines to make the
requested recommendation under Rule 38(b)(2):  (1) The defendant
makes too much of (or reads too much into) the court's purely
advisory recommendation at sentencing, which was only that he be
incarcerated at FMC-Devens "or the closest available and
appropriate" federal correctional facility (which, of course, may
or may not be Devens); (2) the defendant offers no facts or
details to support the contention that the placement at FMC-
Devens would facilitate meaningful assistance to his appellate
counsel's representation of his interests; and (3) the Court has
every confidence that the BOP will place the defendant with the
appropriate resources to satisfy his psychiatric and
psychological needs.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  January 17, 2013

cc:  Terry L. Ollila, AUSA
     Michael J. Tuteur, Esq.
     Theodore M. Lothstein, Esq.